UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Sean P. Miner,

       Plaintiff(s),

                                  CIVIL ACTION NO. 1:12cv12051 - RGS

v.

Cavalry Portfolio Services, LLC,

       Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled:

It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

       SO ORDERED.

                                         RICHARD G. STEARNS  
                                         UNITED STATES DISTRICT JUDGE

            BY:

                                         /s/ *Terri Seelye*

Dated: January 24, 2013                   Courtroom Clerk to the  
                                                  Honorable Richard G. Stearns