UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Sean P. Miner**<br><br>Plaintiff<br><br>v.<br><br>**Cavalry Portfolio Services, LLC**<br><br>Defendant | Civ. A. No. 12-12051-RGS<br><br>**Motion to Extend Settlement Order** |

Plaintiff Sean P. Miner moves the Court to extend the deadline under the settlement order of dismissal by 30 additional days. As grounds, Miner states that the parties had believed that they were near settlement, and requested a 30-day settlement order of dismissal, which the Court entered on January 24, 2013.

Since then, however, the parties have been unable to agree on material settlement terms, and Miner desires additional time within which to discuss resolution of this case without further expenditure of resources.

WHEREFORE, plaintiff Sean P. Miner respectfully requests that the deadline under the Court's settlement order be extended by an additional 30 days.

[Signature on next page]

                                                                         Respectfully submitted,

                                                                         */s/ Josef C. Culik*
                                                                         Josef C. Culik (BBO #672665)
                                                                         CULIK LAW PC
                                                                         18 Commerce Way, Suite 2850
                                                                         Woburn, Massachusetts 01801
                                                                         (617) 830-1795
                                                                         jculik@culiklaw.com

                                                                         Attorney for Plaintiff Sean P. Miner

February 22, 2013


## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2013.

                                                                        */s/ Josef C. Culik*
                                                                        Josef C. Culik